**No. 43189.**—Protest 941614–G of Page & Hill Co. (Seattle).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) the protest was sustained.